IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:16-CV-00260-RWS |
| | § | |
| | § | |
| ZAM NETWORK, LLC | § | |
| | § | |
| Defendant. | § | **JURY TRIAL REQUESTED** |

## ORDER

Before the Court is Plaintiff Quest NetTech Corporation's ("Plaintiff") Notice of Voluntary Dismissal of its complaint against Defendant ZAM Network, LLC ("Defendant") with prejudice. Having considered the same, the Court finds that the Motion is GRANTED.

It is therefore ORDERED that Plaintiff's Complaint against Defendant is dismissed with prejudice.

**SIGNED this 16th day of August, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE